JENNIE SURASKY, as Administratrix of the Estate of SAM SURASKY, Deceased, et al., Appellants, v. JOSEPH MORGAN et al., Respondents. (Action No. 1.) JOSEPH MORGAN, Plaintiff, v. JENNIE SURASKY, as Administratrix of the Estate of SAM SURASKY, Deceased, et al., Defendants. (Action No. 2 —

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

GUSSIE TRANSKY, Appellant, v. SAMUEL TRANSKY, Respondent.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

FRANCIS A. VAN SUETENDAEL, as Administrator *de bonis non* of the Estate of ARTHUR J. VAN SUETENDAEL, Deceased, Respondent, v. ACHILLE O. VAN SUETENDAEL et al., Individually and as Liquidating Directors and Trustees of Phillipsburgh Construction Company, Appellants.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

PETER S. WANSY, Respondent, v. LUCY B. HAYES, Appellant.—

Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

WALTER WERNER, Respondent, v. REPUBLIC YEAST CORPORATION, Appellant.

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.